IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Maria Florinda Martin Bartolon,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-03470-PHX-DWL (JFM)

**ORDER**

Petitioner challenges her immigration detention, arguing she was previously released from immigration detention and her re-detention without a pre-deprivation hearing violated her due process rights. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents' response states:

> Respondents do not oppose the habeas petition or the requested relief of release from custody.

(Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for release from custody. The Court will require Petitioner be released under the same conditions that existed prior to her redetention.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 27th day of May, 2026.

Dominic W. Lanza
United States District Judge